Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28708−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Atiyya S Morgan
  13 Candlestick Lane
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−7685

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 11, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Atiyya S Morgan  
     Debtor

Case No. 18-28708-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Dec 11, 2018  
                      Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.

```
db           +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
517818510    +Maurice Johnson,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
517765676    +MidFirst Bank,   c/o KML Law Group, PC,    216 Haddon Avenue,   Suite 406,
              Collingswood, NJ 08108-2812
517765678    +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517765679     State of New Jersey,   Dept of Labor & Workforce Development,    PO Box 951,
              Trenton, NJ 08625-0951
517765681    +US Department of Education,    61 Forsyth St SW, Ste 19T40,    Atlanta, GA 30303-8919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 00:26:21    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 00:26:17    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517880525    +EDI: CINGMIDLAND.COM Dec 12 2018 05:04:00    AT&T Mobility II LLC,   %AT&T SERVICES INC.,
              KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517765673    +E-mail/Text: bankruptcy@credencerm.com Dec 12 2018 00:27:00    ATT Mobility,
              c/o Credence Resource Management,   17000 Dallas Parkway,   Suite 204,   Dallas, TX 75248-1940
517879825     E-mail/Text: bankruptcy@pepcoholdings.com Dec 12 2018 00:25:45    Atlantic City Electric,
              Bankruptcy Division,   5 Collins Drive, Suite 2133,   Mail Stop 84CP42,
              Carneys Point, NJ 08069-3600
517765672    +E-mail/Text: bankruptcy@pepcoholdings.com Dec 12 2018 00:25:45    Atlantic City Electric,
              PO Box 13610,   Philadelphia, PA 19101-3610
517765674    +EDI: NAVIENTFKASMDOE.COM Dec 12 2018 05:03:00    Dept of Ed/Navient,   PO Box 9635,
              Wilkes Barre, PA 18773-9635
517765675     EDI: AMINFOFP.COM Dec 12 2018 05:05:00    First Premier Bank,   3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
517891388     EDI: NAVIENTFKASMSERV.COM Dec 12 2018 05:03:00    Navient Solutions, LLC on behalf of,
              Department of Education Loan Services,   PO Box 9635,   Wilkes Barre, PA 18773-9635
517839465    +EDI: JEFFERSONCAP.COM Dec 12 2018 05:03:00    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517765677    +EDI: IIC9.COM Dec 12 2018 05:09:00    Sicklerville Internal Medicine,   c/o IC System, Inc.,
              444 Highway 96 East,   PO BOX 64437,   Saint Paul, MN 55164-0437
517765680    +EDI: AMSHER.COM Dec 12 2018 05:05:00    T Mobile,   c/o Amsher Collection Services,
              4524 Southlake Pkwy #15,   Birmingham, AL 35244-3271
517780906    +EDI: AIS.COM Dec 12 2018 05:03:00    T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2018                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

```
              Eric Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 11, 2018
                               Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                      TOTAL: 5

Case 18-28708-JNP    Doc 24    Filed 12/13/18    Entered 12/14/18 00:34:39    Desc Imaged
Certificate of Notice    Page 3 of 3